UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric S. Henry,

                    Plaintiff,        Case No. 21-cv-12171

v.                                    Judith E. Levy
                                        United States District Judge

Gerald P. Little, Bradley A.
Dunham, and Andrew D. Beaudry,   Mag. Judge Kimberly G. Altman

                    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [19]**

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 19) recommending the Court deny Plaintiff Eric S. Henry's motion for default judgment. (ECF No. 11.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 19) is ADOPTED; and

Plaintiff's motion for default judgment (ECF No. 11) is DENIED.[1]

IT IS SO ORDERED.

Dated: February 7, 2022    s/Judith E. Levy
Ann Arbor, Michigan    JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 7, 2022.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).