UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Eric S. Henry,

        Plaintiff,        Case No. 21-cv-12171

v.        Judith E. Levy
        United States District Judge

Gerald P. Little, Bradley A.
Dunham, and Andrew D. Beaudry,    Mag. Judge Kimberly G. Altman

        Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [30]**

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 30) recommending the Court grant the motion to dismiss and/or motion for summary judgment filed by Defendants Gerald P. Little, Bradley A. Dunham, and Andrew D. Beaudry. (ECF No. 12.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 30) is ADOPTED;

Defendants' motion to dismiss and/or motion for summary judgment (ECF No. 12) is GRANTED; and

This case is hereby DISMISSED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: September 21, 2022      s/Judith E. Levy
   Ann Arbor, Michigan           JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 21, 2022.

                                         s/William Barkholz
                                         WILLIAM BARKHOLZ
                                         Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).